UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY CAMPBELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:17-0730 CKD<br><br><br>ORDER |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits under the Social Security Act. Under the venue statute governing this action, plaintiff may obtain a review of any final decision of the Secretary made after a hearing to which the plaintiff was a party by commencing a civil action in the federal district court for the judicial district in which the claimant resides. 42 U.S.C. § 405(g). Plaintiff resides in Visalia, California, which is located in Tulare County. That county is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

1

| | |
|---|---|
| 1 | Good cause appearing, IT IS HEREBY ORDERED that: |
| 2 | 1. This action is transferred to the United States District Court for the Eastern District of |
| 3 | California sitting in Fresno; and |
| 4 | 2. All future filings shall reference the new Fresno case number assigned and shall be |
| 5 | filed at: |

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

Dated: April 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 campbell0730 .ss.tra