# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ERIN HARRISON CAMPBELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-00500-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

Plaintiff Courtney Erin Harrison Campbell ("Plaintiff") filed the complaint in this action in the United States District Court for the Eastern District of California, Sacramento Division, on April 5, 2017. (ECF No. 1.) On April 10, 2017, this action was transferred to the United States District Court for the Eastern District of California, Fresno Division. (ECF No. 3.)

Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application demonstrates that she may be receiving income above the poverty threshold and is insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

1

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of entry of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: __**April 10, 2017**__     _____
UNITED STATES MAGISTRATE JUDGE