# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| COURTNEY ERIN HARRISON CAMPBELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00500 SAB<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 5) |

On May 1, 2017, Plaintiff Courtney Erin Harrison Campbell filed a motion for an order extending the time by seven (7) days from May 1, 2017, to May 8, 2017, for Plaintiff to file an amended application to proceed in forma pauperis.

Good cause being shown, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time is GRANTED; and Plaintiff shall file her application to proceed in forma pauperis on or before May 8, 2017.

IT IS SO ORDERED.

Dated: **May 1, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE