# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ERIN HARRISON CAMPBELL, | Case No. 1:17-cv-00500-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PLAINTIFF TO PAY THE FILING FEE IN THIS ACTION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY. | (ECF Nos. 7, 8) |
| Defendant. | TEN DAY DEADLINE |

Plaintiff Courtney Erin Harrison Campbell ("Plaintiff") filed the complaint in this action in the United States District Court for the Eastern District of California, Sacramento Division, on April 5, 2017. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on April 5, 2017. (ECF No. 2.) On April 11, 2017, the Court ordered Plaintiff to either pay the $400 filing fee for this action or complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 within twenty days. (ECF No. 4.) On May 1, 2017, Plaintiff filed a motion to extend the time to file an amended application to proceed in forma pauperis to May 8, 2017, which the Court granted. (ECF Nos. 5, 6.) Plaintiff did not file an application to proceed without prepayment of fees so a second order issued on May 11, 2017, requiring Plaintiff to show cause why this action should not be dismissed for failure to comply with the

1

prior court orders. (ECF No. 7.) On May 16, 2017, Plaintiff filed a response stating that she wants to pay the filing fee rather than fill out the long form application. (ECF No. 8.)

Accordingly, IT IS HEREBY ORDERED that the order to show cause, filed May 11, 2017, is DISCHARGED and Plaintiff shall pay the filing fee of $400.00 in this action within **ten (10) days** from the date of entry of this order.

IT IS SO ORDERED.

Dated:  **May 17, 2017**

UNITED STATES MAGISTRATE JUDGE