# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY ERIN HARRISON CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:17-cv-00500-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED <u>IN</u> <u>FORMA</u> <u>PAUPERIS</u> AS MOOT AND DIRECTING CLERK OF THE COURT TO ISSUE SUMMONS<br><br>(ECF No. 2) |

Plaintiff Courtney Erin Harrison Campbell ("Plaintiff") filed the complaint in this action challenging the Commissioner of Social Security's denial of her application for benefits in the United States District Court for the Eastern District of California, Sacramento Division, on April 5, 2017. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on April 5, 2017. (ECF No. 2.) On April 11, 2017, the Court ordered Plaintiff to either pay the $400 filing fee for this action or complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 within twenty days. (ECF No. 4.) On May 1, 2017, Plaintiff filed a motion to extend the time to file an amended application to proceed in forma pauperis to May 8, 2017, which the Court granted. (ECF Nos. 5, 6.) Plaintiff did not file an application to proceed without prepayment of fees so a second order issued on May 11, 2017, requiring

1

1 | Plaintiff to show cause why this action should not be dismissed for failure to comply with the prior court orders. (ECF No. 7.) On May 16, 2017, Plaintiff filed a response stating that she wanted to pay the filing fee rather than fill out the long form application. (ECF No. 8.) On May 17, 2017, the Court discharged the order to show cause and ordered Plaintiff to pay the filing fee in this action within ten days from the date of entry of the order. (ECF No. 9.) On May 22, 2017, Plaintiff paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, filed April 5, 2017, is DENIED as moot; and

2. The Clerk of the Court is DIRECTED to issue the summons in this action.

IT IS SO ORDERED.

Dated: **May 31, 2017**

UNITED STATES MAGISTRATE JUDGE